# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>2007 CHEVROLET TAHOE SUV,<br>VIN: 1GNFC13067J251913,<br>LICENSE: 5XLP068<br><br>　　　　　　　　Defendant.<br>_____/ | CASE NO. 1:09-cv-01542-LJO-SMS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, RECOMMENDING ENTRY OF DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF<br><br>(Doc. 13) |

　　In this civil forfeiture action, Plaintiff United States of America moved for default judgment against the interests of Blanca Alvarez and Luis Miguel Raigoza in a 2007 Chevrolet Tahoe SUV, VIN: 1GNFC13067J251913, License: 5XLP068 (Doc. 13).  The motion was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　On February 5, 2010, the Magistrate Judge filed Findings and Recommendations recommending that Plaintiff's motion be granted (Doc. 16).  The Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fifteen days.  No objections to the findings and recommendations were filed with the Court.

　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

　　Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations, filed February 5, 2010, are adopted in full.

IT IS SO ORDERED.

**Dated:　　March 1, 2010**　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE