BENJAMIN B. WAGNER
United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:09-CV-01542-LJO-SMS |
| Plaintiff, | **DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| 2007 CHEVROLET TAHOE SUV, VIN: 1GNFC13067J251913, LICENSE: 5XLP068, | |
| Defendant. | |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment and Final Judgment of Forfeiture filed December 3, 2009. The Magistrate Judge has recommended that the United States' motion for default judgment be granted. The time for objecting to the Findings and Recommendations Regarding Plaintiff's *Ex Parte* Application for Default Judgment have passed and no timely objections have been filed. An Order Adopting Findings and Recommendations, Recommending Entry of Default Judgment in Favor of Plaintiff was filed on March 1, 2010. Based on the Magistrate Judge's Findings and Recommendations Regarding Plaintiff's *Ex Parte* Application for Default Judgment, and the files and records of the Court, it is

ORDERED, ADJUDGED, AND DECREED:

1. The Court adopts the Magistrate Judge's February 5, 2010 Findings and Recommendations Regarding Plaintiff's *Ex Parte* Application for Default Judgment in full.

2. Blanca Alvarez and Luis Miguel Raigoza are held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendant 2007 Chevrolet Tahoe SUV, VIN: 1GNFC13067J251913, License: 5XLP068 of Blanca Alvarez and Luis Miguel Raigoza, and all other potential claimants who have not filed claims in this action.

4. A final judgment is hereby entered forfeiting all right, title, and interest in the defendant 2007 Chevrolet Tahoe SUV, VIN: 1GNFC13067J251913, License: 5XLP068 to the United States of America, to be disposed of according to law, including all right, title, and interest of Blanca Alvarez and Luis Miguel Raigoza.

5. All parties shall bear their own costs and attorneys' fees.

SO ORDERED, this 5th day of March, 2010.

    /s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL
United States District Judge